UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYONG HEE ALABDULWAHED,<br><br>Defendant. | Case No. CR04-512-MJP<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

**INTRODUCTION**

I conducted a hearing on alleged violations of supervised release in this case on June 16, 2011. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Tessa M. Gorman, and defendant was represented by Suzanne Lee Elliot. Also present was U.S. Probation Officer Sara Moore. The proceedings were digitally recorded.

**SENTENCE AND PRIOR ACTION**

Defendant was sentenced on June 9, 2006, by the Honorable Marsha J. Pechman for Conspiracy to Commit Bank Fraud. He received 30 months of detention and 5 years of supervised release.

On April 22, 2009, supervised release was revoked after the Court found ms. Alabudulwahed had committed the following violations: using marijuana on or about February

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

12, 2008, June 2, 2008, June 10, 2008, June 22, 2008, and August 11, 2008; committing the crime of driving under the influence on August 16, 2008, and August 11, 2008; committing the crime of driving while license suspended on September 24, 2008; failing to report to the probation office as directed on September 24, 2008; and failing to notify the probation officer within 72 hours of being arrested/questioned by a law enforcement officer. The court sentenced Ms. Alabdulwahed to 6 months detention. She was placed on 3 years of supervised release and ordered to pay restitution in the amount of $24, 126.60. The standard conditions and special conditions that were previously imposed remained in effect.

On January 25, 2010, supervised release was revoked after the Court found Ms. Alabdulwahed had committed the following violations: failing to report to the probation office as directed; failing to notify the probation officer within 72 hours of her October 27, 2009, arrest by law enforcement on a DUI warrant; and failing to notify the probation office at least 10 days prior to any change in residence. The Court sentenced Ms. Alabdulwahed to 8 months custody. She was placed on 22 months of supervised release and ordered to pay restitution in the amount of $24,126.60. The standard conditions and special conditions that were previously imposed remain in effect.

On January 25, 2011, a violation report requesting no action was submitted to the Court for Ms. Alabdulwahed's failure to make payments toward restitution as set forth by the probation officer.

Ms. Alabdulwahed's instant term of supervised release commenced on August 6, 2010. Her supervision is scheduled to expire on June 5, 2012.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated May 24, 2011, U.S. Probation Officer Sara K. Moore alleged that

defendant violated the following conditions of supervised release:

1. Using marijuana on or about April 10, 2011, in violation of standard condition 7.
2. Using cocaine on or about April 12, 2011, in violation of standard condition 7.
3. Using marijuana on or about April 27, 2011, in violation of standard condition 7.
4. Using cocaine on or about April 28, 2011, in violation of standard condition 7.
5. Using marijuana on or about May 7, 2011, in violation of standard condition 7.
6. Failing to participate in mental health treatment as directed, in violation of the special condition requiring the defendant to participate as instructed in a mental health program approved by the probation office.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted to violations 1, 3, and 5. An evidentiary hearing on the remaining violations, 2, 4, and 6, has been set before the Honorable Marsha J. Pechman on June 29, 2011, at 10:00 a.m. Defendant was advised of the date and time of the evidentiary hearing.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 16th day of June, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge